IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEANA TILLMAN,

      Plaintiff,

v.                                  CASE NO. 1:08-cv-00043-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## O R D E R

Pending before the Court is Plaintiff' Motion for Extension of Time to File

Plaintiff's Memorandum. (Doc. 23.)  Plaintiff requests a thirty day extension of time to

file her memorandum so that counsel may resolve issues concerning his continued

representation of Plaintiff in this matter. Pursuant to Local Rule 7.1, counsel certifies

that Defendant's counsel does not object to the requested relief.

Accordingly, upon due consideration, Plaintiff's Motion for Extension of Time

(Doc. 23) is **GRANTED**.  Plaintiff shall file her memorandum by **January 31, 2011.**

Because Plaintiff's deadline has been extended, the deadline for Defendant to file his

memorandum is also extended. Defendant shall file his memorandum by **April 1, 2011**.

**DONE AND ORDERED** this 29th day of December, 2010.


*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge