IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEANA TILLMAN,

    Plaintiff,

v.                                                      CASE NO. 1:08-cv-00043-MP-GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 32, Report and Recommendation of the Magistrate Judge, which recommends that the decision of the Commissioner to deny plaintiff's application for Social Security benefits be affirmed. After a thorough review of the record, the Magistrate Judge concluded that "the ALJ did not err in rejecting Plaintiff's subjective complaints regarding her mental symptoms and limitations." Doc. 32 at 25. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 32, is ACCEPTED and incorporated herein.

2.    The decision of the Commissioner, denying benefits, is AFFIRMED.

**DONE AND ORDERED** this   *24th* day of August, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge